# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**JANINE D. THOMPSON**
    Plaintiff
    vs.                    CASE NUMBER: 3:13-CV-91 (DNH/DEP)

**NEW YORK STATE OFFICE
OF MENTAL RETARDATION
& DEVELOPMENT DISABILITIES**
    Defendant

**Decision by Court.** This action came to a hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That this case is CLOSED pursuant to the Decision and Order of the Honorable Judge David N. Hurd (dkt. no. 7). An amended complaint was not filed within thirty days of the date of the Decision and Order of the Honorable Judge David N. Hurd. Therefore, Plaintiff's complaint is DISMISSED.

All of the above pursuant to the order of the Honorable Judge David N. Hurd, dated the 16th day of January, 2014.

DATED: February 20, 2014

                                            Clerk of Court

                                            s/ Nicole Killius
                                            Deputy Clerk